# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

## COUNSELLORS AT LAW

_____

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
1933 – 2023

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

**5 BECKER FARM ROAD**
**ROSELAND, N.J. 07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
**www.carellabyrne.com**

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
JORDAN M. STEELE
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY

August 29, 2025

**VIA ECF**

The Honorable Edward S. Kiel, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

> **Re:** ***Stichting Pensioenfonds Metaal En Techniek, et al. v.***
> ***Verizon Communications Inc., et al.,***
> <u>**Case No. 1:23-cv-05218-ESK-AMD**</u>

Dear Judge Kiel:

We, along with Lead Counsel, represent Lead Plaintiffs in the above-referenced securities class action. We write to bring to the Court's attention the Third Circuit's recent decision in *In re: Maiden Holdings, Ltd. Sec. Litig.*, No. 24-1118, --- F.4th ---- (3d Cir. Aug. 20, 2025) (attached hereto as "Exhibit A"). In *Maiden*, the Third Circuit clarified the appropriate standards for assessing materiality and falsity in securities fraud claims brought under Section 10(b) of the Securities Exchange Act of 1934. *See* Ex. A at 22-24 (holding that an omitted fact "is material so long as it is significant enough that it would, if revealed to a reasonable investor, alter[] the total mix of information presented" and rejecting standard that the omitted fact must "totally eclipse the balance of the numerous other considerations" contained within the statement) (internal quotations and citations omitted).

We thank the Court for its continuing attention to this matter. We are available at the Court's convenience to address any questions it may have.

Respectfully submitted,

*/s/ James E. Cecchi*
James E. Cecchi

cc: Counsel of Record (via ECF)