**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STICHTING PENSIOENFONDS METAAL EN TECHNIEK; STICHTING PME PENSIOENFONDS; STICHTING MN SERVICES AANDELENFONDS NOORD-AMERIKA; AKADEMIKERPENSION; LANNEBO KAPITALFÖRVALTNING AB; and STOREBRAND ASSET MANAGEMENT AS, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br>    v.<br><br>VERIZON COMMUNICATIONS INC., HANS VESTBERG, MATTHEW ELLIS, KYLE MALADY, JAMES GOWEN and ANTHONY SKIADAS,<br><br>                  Defendants. | No. 1:23-cv-5218 (ESK) (AMD)<br>*Document Filed Electronically*<br><br>**CERTIFICATE OF SERVICE** |

I, Lawrence S. Lustberg, hereby certify as follows:

1.  I am an attorney at law admitted to practice before this Court and a Director at the law firm of Gibbons P.C.

2.  I am counsel for Verizon Communications Inc., Hans Vestberg, Matthew Ellis, Kyle Malady, James Gowen, and Anthony Skiadas (collectively, "Defendants") in the above-captioned case.

3.  Pursuant to Local Civil Rule 5.2(14)(b)(1), copies of Defendants' Reply Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint and this Certificate of Service were filed electronically this 2nd

1

day of September, 2025.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: Newark, New Jersey
       September 2, 2025

Respectfully submitted,


/s/ *Lawrence S. Lustberg*

Lawrence S. Lustberg
Samuel I. Portnoy
Michael V. Caracappa
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4500
Fax: (973) 596-0545

Geoffrey J. Ritts (*pro hac vice*)
Adrienne Ferraro Mueller (*pro hac vice*)
**JONES DAY**
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Tel: (216) 586-3939
Fax: (216) 579-0212

Nina Yadava (*pro hac vice*)
Jennifer L. Del Medico
**JONES DAY**
250 Vesey Street
New York, New York 10281
Tel: (212) 326-3690
Fax: (212) 755-7306

*Attorneys for Defendants*

3