**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **STICHTING PENSIOENFONDS METAAL EN TECHNIEK, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**VERIZON COMMUNICATIONS, INC., *et al.*,**<br><br>**Defendants.** | **Case No. 23–cv–05218–ESK–AMD**<br><br>**ORDER** |

**KIEL, U.S.D.J.**

**THIS MATTER** having come before the Court on defendants' motion to dismiss (Motion) (ECF No. 82); and plaintiff having filed opposition to the Motion (ECF No. 83), to which defendants filed a reply brief (ECF No. 85); and for the reasons in the accompanying opinion,

**IT IS** on this **29th** day of **May 2026** **ORDERED** that:

1. The Motion is **GRANTED**. The second amended complaint is DISMISSED with prejudice.

2. The Clerk is directed to terminate the Motion at ECF No. 82 and CLOSE this case.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**